UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  | )  |  |
|---|---|---|
| ESTATE OF ESTHER KLIEMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1173 (PLF) |
| | ) | |
| PALESTINIAN AUTHORITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon consideration of defendants Palestinian Authority and Palestine Liberation Organization's Motion for Admission *Pro Hac Vice*, it is hereby

ORDERED that the motion [Dkt. No. 282] for admission *pro hac vice* of Gassan A. Baloul is DENIED. If Mr. Baloul practices law from an office located in the District of Columbia, he must either be a member of the District of Columbia Bar or have an application pending. *See* Local Civil Rule 83.2(d)(6). Otherwise, he is engaged in the unauthorized practice of law. *See* DCCA Rule 49.

/s/_____
PAUL L. FRIEDMAN

DATE: March 3, 2015                    United States District Judge